JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: 2:16-cv-4184-JLS-KESx | Date: August 15, 2016 |
| Title: Jean D. Nubla v. Central Florida Investment, Inc., et al. | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF: ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                              Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND DENYING PLAINTIFF'S REQUEST FOR REASONABLE COSTS (Doc. 12)

Before the Court is a Motion to Remand and Request for Reasonable Costs in the Sum of $6,000 filed by Plaintiff Jean D. Nubla. (Mot., Doc. 12.) Defendants Central Florida Investment, Inc., Westgate Resorts Anaheim, LLC, Westgate Resorts, Westgate Planet Hollywood Las Vegas, LLC, Westgate Vacation Villas, LLC, Westgate Resorts, Inc., Westgate Resorts, Ltd., and Westgate Flamingo Bay, L.L.C. opposed. (Opp., Doc. 24.) The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. R. 7-15. Accordingly, the hearing set for August 19, 2016, at 2:30 p.m., is VACATED.

In light of this Court's Order Granting Plaintiffs' Motion to Remand in *San Antonio v. Central Florida Investment, Inc.*, 8:16-cv-01032-JLS-KES, (Doc. 24), and the identical issues presented in the instant Motion, the Court GRANTS the Motion to Remand and DENIES the Request for Reasonable Costs. The Court therefore REMANDS this matter to the Superior Court of California in Los Angeles County (NC060624) and VACATES all scheduled dates.

Initials of Preparer: tg